# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALEGRIA REAL ESTATE FUND II, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SHARON A. DEYOUNG; and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 13cv1300 BTM(WVG) <br><br> **ORDER REMANDING CASE** |

On June 5, 2013, Defendant Sharon A. DeYoung ("Defendant") removed this unlawful detainer action from the Superior Court of California, County of San Diego. Defendant contends that removal is proper because the Court has federal question jurisdiction over the matter.

However, upon review of the underlying Complaint, it appears that the unlawful detainer action is pursuant to state law and does not arise under federal law as required by 28 U.S.C. § 1331. Whether a claim "arises under" federal law is governed by the "well-pleaded complaint rule," which provides that "federal jurisdiction exists only when a federal question is presented on the face of the plaintiff's properly pleaded complaint." Caterpillar v. Williams, 482 U.S. 386, 392 (1987). Defendant contends that the Court has federal question jurisdiction because the Notice of Trustee Sale did not notify her of the location of the sale so as to afford the Defendant the opportunity

to cure the default, in violation of Defendant's right to due process.

However, it is "settled law that a case may not be removed to federal court on the basis of a federal defense." <u>Franchise Tax Bd. v. Constr. Laborers Vacation Trust</u>, 463 U.S. 1, 14 (1983). Furthermore, the Court has no basis for concluding that diversity jurisdiction exists. 28 U.S.C. § 1332(a).

The removing defendant always has the burden of establishing that removal is proper, and the court resolves all ambiguity in favor of remand to state court. <u>Gaus v. Miles, Inc.</u>, 980 F.2d 564, 566 (9th Cir. 1992). Since the Court does not appear to have jurisdiction in this matter, it hereby **REMANDS** the action to the Superior Court of California, San Diego County.

**IT IS SO ORDERED.**

DATED: June 12, 2013

_____
BARRY TED MOSKOWITZ, Chief Judge
United States District Court